IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TONYA REDDEN, et al.,

        Plaintiffs,

v.                          CIVIL ACTION NO.  2:14-cv-14985

JOHNSON & JOHNSON, et al.,

        Defendants.

## MEMORNADUM OPINION AND ORDER

On May 5, 2020, I entered an order directing plaintiffs to show cause on or before May 19, 2020, why their case should not be dismissed without prejudice as to the remaining defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that plaintiffs' case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 21, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE